██ In the Matter of KENNETH L. LaVAN, an Attorney. [19 NYS3d 794]—

Per Curiam. Kenneth L. LaVan was admitted to practice by this Court in 1997 and currently maintains an office for the practice of law in Florida, where he was admitted in 2005.

In December 2014, the Supreme Court of Florida publicly reprimanded LaVan, upon his conditional guilty plea and consent judgment, due to, among other things, certain failings in his law practice management (*Florida Bar v Lavan*, 157 So 3d 1049 [Fla Sup Ct 2014]) in violation of Rules Regulating the Florida Bar, rules 4-1.1, 4-1.3, 4-1.4 (a), (b); 4-1.6 (b) (1); 4-1.16 (d); 4-5.3 (c) and 4-8.4 (c). The Florida order required LaVan to comply with and implement all recommendations made by the Law Office Management Assistance Service and to reimburse the Florida Bar for its costs in the amount of $1,250.

As a result of the discipline imposed in Florida, the Committee on Professional Standards now moves for an order imposing discipline pursuant to this Court's rules (*see* Rules of App Div, 3d Dept [22 NYCRR] § 806.19). Upon consideration of all the facts and circumstances, we grant the Committee's motion to impose discipline and conclude that, in the interest of justice and having due regard for the discipline imposed in Florida, LaVan should be censured (*see e.g. Matter of Shoen*, 129 AD3d 1382, 1382 [2015]; *Matter of Nimmer*, 112 AD3d 1137, 1138 [2013]).

Garry, J.P., Rose, Lynch, Devine and Clark, JJ., concur. Ordered that the motion of the Committee on Professional Standards is granted; and it is further ordered that Kenneth L. LaVan is censured.